# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

January 24, 2012

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 12-1181
>
> Caption:
> MASSOOD JALLALI,
> Plaintiff - Appellant
>
> v.
>
> NOVA SOUTHEASTERN UNIVERSITY, INC.,
> Defendant
>
> and
>
> AMERICAN OSTEOPATHIC ASSOCIATION,
>  Appellee
>
> ---
>
> District Court No: 1:11-cv-08115
> District Judge John Grady
> Court Reporter Brooke Wilson
> Clerk/Agency Rep Thomas Bruton
>
> Date NOA filed in District Court: 01/20/2012

If you have any questions regarding this appeal, please call this office.

CC:   Thomas G. Bruton

form name: **c7_Docket_Notice_short_form**(form ID: **188**)